UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:25-cv-01815 RGK (JPR) | Date: August 27, 2025 |
| Title | Jonathan Omar Calderon v. Department of Homeland Security |

Present: The Honorable: **R. Gary Klausner, United States District Judge**

| Joseph Remigio | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):   Order Dismissing Action Without Prejudice**

On July 17, 2025, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody and a Request to Proceed In Forma Pauperis ("IFP request").  (ECF Nos. 1-2.)

On July 24, 2025, the Court postponed a ruling on the IFP request because Petitioner had not filed a certificate from an authorized officer as to the amount of money and securities on deposit to his credit in any account at the institution.  (ECF No. 4.)  The Court granted Petitioner 30 days to file the certificate or pay the $5 filing fee, with a warning that the failure to comply would result in the dismissal of this action.  *Id*.

As of this date, more than 30 days later, Petitioner has not filed the certificate or paid the filing fee.

Accordingly, this action is dismissed without prejudice.

The Motion to Dismiss for Lack of Jurisdiction [7], filed on 8/12/2025, is denied as moot.  All other dates and deadlines are vacated.  The Clerk shall close this action.

IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | JRE/gz/js |